UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES (FASORP),<br><br>　　　　　Plaintiff,<br>v.<br><br>MICHIGAN LAW REVIEW ASSOCIATION; et al.,<br><br>　　　　　Defendants. | Case No. 5:25-cv-11837<br>Hon. Judith E. Levy<br>Magistrate Judge: Curtis Ivy, Jr. |

**STIPULATED ORDER**
**DISMISSING INDIVIDUAL DEFENDANTS WITHOUT PREJUDICE AND EXTENDING TIME TO RESPOND TO COMPLAINT**

　　　The Parties, by and through their undersigned counsel, submit this Stipulated Order, as follows:

　　　**NOW WHEREFORE**,

　　　1.　On June 18, 2025, Plaintiff filed its Complaint;

　　　2.　Pursuant to executed Waivers of the Service of Summons, each specifically named defendant's deadline to file an answer or a motion under Rule 12 is August 29, 2025.

　　　3.　The Parties conferred and, as a result, they have agreed that Plaintiff will dismiss without prejudice the following individually named defendants:

　　　　　a. Heather Jane Foster;

　　　　　b. Nathaniel B. Magrath;

    c. Delpha Carpenter;

    d. Jordan B. Acker;

    e. Michael J. Behm;

    f. Mark J. Bernstein;

    g. Paul W. Brown;

    h. Sarah Hubbard;

    i. Denise Ilitch;

    j. Carl J. Meyers;

    k. Katherin E. White;

    l. Timothy G. Lynch;

    m. John Does Nos. 1–4.

4. FASORP moves to dismiss only the individual defendants named in the preceding paragraph. All claims against the University of Michigan and the Michigan Law Review Association remain pending. Because FASORP moves to dismiss the identified defendants without prejudice, it reserves the right to amend its complaint to re-add those defendants as parties to this case.

5. The Parties have also agreed that the deadline by which the remaining defendants, the University of Michigan and the Michigan Law Review Association, must answer or otherwise respond to Plaintiff's Complaint shall be extended to October 13, 2025;

6. With the Court being otherwise fully advised on the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the following defendants are dismissed without prejudice:

    a. Heather Jane Foster;

    b. Nathaniel B. Magrath;

    c. Delpha Carpenter;

    d. Jordan B. Acker;

    e. Michael J. Behm;

    f. Mark J. Bernstein;

    g. Paul W. Brown;

    h. Sarah Hubbard;

    i. Denise Ilitch;

    j. Carl J. Meyers;

    k. Katherin E. White;

    l. Timothy G. Lynch;

    m. John Does Nos. 1–4.

**IT IS FURTHER ORDERED** that the deadline by which the remaining defendants, the University of Michigan and the Michigan Law Review Association, must answer or otherwise respond to Plaintiff's Complaint shall be extended to October 13, 2025.

**IT IS SO ORDERED.**

Date: July 30, 2025                        s/Judith E. Levy
                                                           JUDITH E. LEVY
                                                           United States District Judge

## **STIPULATION**

The parties stipulate and agree to the entry of this Order.

| | |
|---|---|
| */s/ Jonathan F. Mitchell (w/ consent)* | */s/ Danielle Conley (w/ consent)* |
| Jonathan F. Mitchell | Danielle Conley (DC Bar No. 503345) |
| Texas Bar No. 24075463 | Jude Volek (DC Bar No. 90024972) |
| Mitchell Law PLLC | Christine C. Smith (DC Bar No. 1658087) |
| 111 Congress Avenue, Suite 400 | Jasmine D. Benjamin (DC Bar No. 1782214) |
| Austin, TX 78701 | LATHAM & WATKINS LLP |
| (512) 686-3940 | 555 Eleventh Street, NW, Suite 1000 |
| jonathan@mitchell.law | Washington, D.C. 20004 |
| | (202) 637-2200 |
| Ryan Giannetti* | danielle.conley@lw.com |
| DC Bar No. 1613384 | jude.volek@lw.com |
| America First Legal Foundation | christine.smith@lw.com |
| 611 Pennsylvania Avenue SE #231 | jasmine.benjamin@lw.com |
| Washington, DC 20003 | |
| (202) 964-3721 | Gary Feinerman (IL Bar No. 6206906) |
| ryan.giannetti@aflegal.org | Ed Siskel (IL Bar No. 6279423) |
| | LATHAM & WATKINS LLP |
| Benjamin M. Flowers | 330 North Wabash Avenue, Suite 2800 |
| Ohio Bar No. 0095284 | Chicago, IL 60611 |
| Ashbrook Byrne Kresge Flowers LLC | (312) 876-7700 |
| Post Office Box 8248 | gary.feinerman@lw.com |
| Cincinnati, OH 45249 | ed.siskel@lw.com |
| (614) 705-6603 | |
| bflowers@abkf.com | |
| | |
| *Counsel for Plaintiff* | */s/ Brian M. Schwartz* |

Brian M. Schwartz (P69018)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com

*Counsel for Defendants Michigan Law Review Association, University of Michigan, Heather Jane Foster, Nathaniel B. Magrath, Delpha Carpenter, Jordan B. Acker, Michael J. Behm, Mark J. Bernstein, Paul W. Brown, Sarah Hubbard, Denise Ilitch, Carl J. Meyers, Katherine E. White, Timothy G. Lynch*