UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP)**, <br><br> Plaintiff, <br><br> v. <br><br> **Michigan Law Review Association**, et al., <br><br> Defendants. | Case No. 5:25-cv-11837 <br><br> Hon. Judith E. Levy <br> Magistrate Judge: Curtis Ivy Jr. |

## NOTICE OF DISMISSAL

Plaintiff Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP) dismisses its action without prejudice under Rule 41(a)(1)(A)(i). Each party will bear its own attorneys' fees, costs, and expenses.

Respectfully submitted.

Ryan Giannetti\*
DC Bar No. 1613384
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721 (phone)
ryan.giannetti@aflegal.org

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

(additional counsel listed on following page)

|  |  |
|---|---|
|  | BENJAMIN M. FLOWERS |
|  | Ohio Bar No. 0095284 |
|  | Ashbrook Byrne Kresge Flowers LLC |
|  | Post Office Box 8248 |
|  | Cincinnati, Ohio 45249 |
|  | (614) 705-6603 (phone) |
|  | (513) 216-9882 (fax) |
| * *pro hac vice* application pending | bflowers@abkf.com |
| Dated: October 10, 2025 | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on October 10, 2025, I served this document through CM/ECF upon:

Danielle Conley
Jude Volek
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200 (phone)
(202) 637-2201 (fax)
danielle.conley@lw.com
jude.volek@lw.com

                                                 /s/ Jonathan F. Mitchell
                                                 Jonathan F. Mitchell
                                                 *Counsel for Plaintiff*